No. 728.   TINKOFF ET AL. *v.* WEST PUBLISHING CO. ET AL.   June 12, 1944.   The petition for rehearing or in the alternative for a writ of mandamus is denied.

No. 734.   SANDERS *v.* SANFORD, WARDEN.   June 12, 1944. The petition for rehearing is denied without prejudice to the presentation to the District Court, in an appropriate proceeding, of the new matters referred to in the petition for rehearing and accompanying papers.

No. 766.   HUDSON & MANHATTAN RAILROAD CO. *v.* CITY OF JERSEY CITY ET AL.   June 12, 1944.   In this case the appeal from the interlocutory injunction was dismissed on the ground that the appeal had become moot, the interlocutory injunction having merged in the final injunction.   The petition for rehearing is denied.